# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-1565
_____

Corey Duran Steward

*Plaintiff - Appellant*

v.

Tiffany Sims, Correctional Officer, EARU, ADC; Erick Hinton, Correctional
Officer, EARU, ADC (originally named as Doe); Dexter Payne, Director,
Arkansas Department of Correction; Jeremy Andrews, Warden (originally named
as Andrews); David Knott, Chief of Security (originally named as Knott)

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Delta
_____

Submitted: December 27, 2021
Filed: January 3, 2022
[Unpublished]
_____

Before GRUENDER, ERICKSON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Corey Steward appeals following the district court's[1] adverse grant of summary judgment. After careful review of the record and the parties' arguments on appeal, we conclude that the district court properly granted summary judgment. See Townsend v. Murphy, 898 F.3d 780, 783 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on failure to exhaust administrative remedies); see also Patterson v. Kelley, 902 F.3d 845, 851 (8th Cir. 2018) (reviewing de novo grant of summary judgment based on qualified immunity). We further conclude that the district court did not abuse its discretion in allowing Steward's appointed counsel to withdraw. See Fleming v. Harris, 39 F.3d 905, 908 (8th Cir. 1994) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Patricia S. Harris, United States Magistrate Judge for the Eastern District of Arkansas.

-2-